**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01283-CV

**TEXAS HEALTH RESOURCES, TRUMBULL INSURANCE COMPANY AND TEXAS HEALTH PRESBYTERIAN HOSPITAL DALLAS, Appellants**

**V.**

**NINA PHAM, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02252**

## ORDER

We **GRANT** court reporter Georgina E. T. Ware's October 30, 2015 request for extension of time and **ORDER** the reporter's record be filed no later than December 2, 2015. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
       JUSTICE